# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0032. AUBREY CLAYTON SILVERS, JR. v. THE STATE.**

After Aubrey Clayton Silvers, Jr. pled guilty to drug related offenses, he filed a "Demand of Property Pursuant to O.C.G.A. § 17-5-54 (a) (1)." The trial court denied his petition, and Silvers filed this timely application for discretionary appeal from the trial court's order. It appears, however, that no provision of OCGA § 5-6-35 (a) applies here, and the order Silvers wishes to appeal is directly appealable. See *In the Interest of T. F. N.*, 341 Ga. App. 247 (799 SE2d 591) (2017) (treating an order pursuant to OCGA § 17-5-54 as directly appealable); *Schwindler v. State*, Case No. A04A0059 (1) (decided Feb. 10, 2004) (unpublished opinion).

Pursuant to OCGA § 5-6-35 (j), this Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable. Accordingly, this application is hereby GRANTED. Silvers shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a timely notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/22/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk